UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 20-cr-0297 (WMW) |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| Joseph D. Launderville, | |
| Defendant. | |

---

WHEREAS, on May 20, 2021, this Court entered a preliminary order of forfeiture ordering Defendant Joseph D. Launderville to forfeit certain property to Plaintiff United States of America pursuant to 18 U.S.C. § 2253(a);

WHEREAS, the United States posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government internet site, (www.forfeiture.gov), beginning on June 9, 2021, providing notice of the government's intention to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Plaintiff United States of America's motion for a final order of forfeiture, (Dkt. 61), is **GRANTED**.

2. All right, title and interest in the following property are hereby forfeited to and vested in the United States pursuant to 18 U.S.C. § 2253(a):

    a. a Huawei Honor cell phone, serial number RNV0216B29001775;

    b. a SanDisk SD card, serial number 5102DR17T0CK;

    c. a Seagate hard drive, serial number NA039F6A;

    d. a Western Digital Hard drive, serial number WX21A41Y8145;

    e. a Lexar SD card, serial number 058F00016372;

    f. a Western Digital hard drive, serial number WCAYUAW06436;

    g. an Antec desktop computer containing a Samsung hard drive and a Western Digital hard drive;

    h. a Purple Micron USB device;

    i. a Black Micron USB device; and

    j. a Blue Transcend USB device.

3. The United States shall dispose of the property described above in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 21, 2021

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge